**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY, INDIANA**

| | |
|---|---|
| **JOHN MARTZ** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) CAUSE NO. 4:23-cv-00156 |
| | ) |
| **BAXTER PHARMACEUTICALS** | ) |
| **SOLUTIONS, INC** | ) |
| **Defendant,** | ) |

**COMPLAINT AND DEMAND FOR JURY TRIAL**

Plaintiff, name-above, complains of act and omissions by the Defendant. In support of her Complaint and as cause of action against the Defendant, Plaintiff respectfully submits the following:

**JURISDICTION**

1. This suit is authorized and instituted pursuant to Age Discrimination in Employment Act, 29 U.S.C. §§ 621–634, Americans with Disability Act, 42 U.S.C.A. § 2000e-5, and FMLA rights, violated the Family and Medical Leave Act ("FMLA"), 29 U.S.C. § 2601, et seq.

2. Plaintiff fled a charge with the Equal Employment Opportunity Commission (EEOC) and received a notice to sue on June 14, 2023.

**PARTIES**

3. Plaintiff is Caucasian male over the age of forty and his wife is disabled, and at all relevant times he resided in the Southern District of Indiana.

4. Defendant is a corporation doing business in the State of Indiana in the Southern District of Indiana.

## FACTS

5. In 2002, Plaintiff began working for Defendant as a Senior Reliability Engineer.

6. Plaintiff performed his job well.

7. In April 2022, Plaintiff was recognized as one of Defendant's top engineers working for his business unit (PSS).

8. On June 25, 2022, Plaintiff's wife suffered from a stroke.

9. On June 26, 2022, Plaintiff notified Defendant that his wife suffered from a stroke that left her disabled.

10. Defendant never offered Plaintiff FMLA.

11. On July 26, 2022, Plaintiff was offered a promotion.

12. Later that day, Plaintiff's supervisor emailed Plaintiff a letter dated July 8, 2022, which confirmed his promotion.

13. On July 29, 2022, Plaintiff accepted the promotion.

14. On August 15, 2022, Plaintiff received notice that he was identified for termination.

15. The letter Plaintiff received stated that he was identified for termination on July 22, 2022.

16. The reason given for Plaintiff's termination was that his position was being eliminated. However, Plaintiff's position was not eliminated and individuals outside of Plaintiff's protected class are completing Plaintiff's job duties.

17. Plaintiff was terminated due to his age.

18. Plaintiff was terminated due to his association with his disabled wife.

19. Defendant interfered with Plaintiff's rights under the Family Medical Leave Act.

## COUNT I

20. Plaintiff incorporates by reference paragraphs 1-19.

21. Defendant, as a result of terminating Plaintiff due to his age, violated the Age Discrimination in Employment Act, 29 U.S.C. §§ 621–634.

## COUNT II

22. Plaintiff incorporates by reference paragraphs 1-19.

23. Defendant, as a result of terminating Plaintiff due to his association with a disabled person, violated the Americans with Disability Act, 42 U.S.C.A. § 2000e-5.

## COUNT III

24. Plaintiff incorporates by reference paragraphs 1 -19.

25. Defendant, as a result of interfering with Plaintiff's FMLA rights, violated the Family and Medical Leave Act ("FMLA"), 29 U.S.C. § 2601, et seq.

WHEREFORE, Plaintiff respectfully requests that the Court grant the following relief:

A. Award Plaintiff back pay and benefits lost;

B. Award Plaintiff compensatory damages for future pecuniary loss, emotional pain and suffering, inconvenience, mental anguish and loss of enjoyment of life;

C. Award Plaintiff punitive damages;

D. Award Plaintiff liquidated damages;

E. Award Plaintiff his cost in this action and reasonable attorney fees;

F. Grant Plaintiff any other relief which is allowable under the circumstances of this case.

        Respectfully Submitted

        s//Amber K. Boyd
        Amber K. Boyd 31235-49
        Attorney for Plaintiff

**REQUEST FOR JURY TRIAL**

Comes now the Plaintiff and requests that this cause be tried by a jury.

        Respectfully Submitted

        s//Amber K. Boyd
        Amber K. Boyd 31235-49
        Attorney for Plaintiff

Amber K. Boyd 31235-49
Amber K. Boyd Attorney at Law
8510 Evergreen Avenue
Indianapolis, in 46240
(317) 960-5070