# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA
## NEW ALBANY DIVISION

| | |
|---|---|
| **JOHN MARTZ,**<br><br>　　　　**Plaintiff,**<br><br>　　v.<br><br>**BAXTER PHARMACEUTICALS SOLUTIONS, INC.,**<br><br>　　　　**Defendant.** | Case No.: 4:23-cv-00156-TWP-TAB |

## ORDER OF DISMISSAL WITH PREJUDICE

This matter comes before the Court on the Parties' Joint Stipulation of Dismissal with Prejudice, stipulating to the dismissal of this cause of action, including all claims therein, with prejudice, in its entirety, with each party bearing its own costs and attorneys' fees. The Court, having reviewed the Stipulation and being duly advised in the premises, hereby **DISMISSES** this cause of action, including all claims therein, **WITH PREJUDICE**, with each party to bear its own costs and attorneys' fees.

　　　　**SO ORDERED**.

Date: 11/18/2024

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Hon. Tanya Walton Pratt, Chief Judge
　　　　　　　　　　　　　　　　　　　　　　　　United States District Court
　　　　　　　　　　　　　　　　　　　　　　　　Southern District of Indiana

Distribution to all ECF-registered counsel of record.